## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN L. PERRY | : |
| | : |
| Plaintiff, | : |
| v. | : 3:17-CV-01082 |
| | : (JUDGE MARIANI) |
| HOON C. YOO and | : |
| RAFAEL LOPEZ-MONEGRO | : |
| | : |
| Defendants. | : |

## MINUTE SHEET

**DATE:** August 11, 2017

**TIME COMMENCED:** 3:00 pm     **TIME TERMINATED:** 3:10 pm

**NATURE OF PROCEEDING:** Status Conference

**SETTING:** Telephone conference call to the Chambers of Judge Mariani

**Hon. Robert D. Mariani, presiding in Scranton, Pennsylvania.**

**COUNSEL:**
　　**Plaintiff:** Edward McDaid
　　**Defendants:** Shana Bellin, Eugene Feeney, Noah Katz

**REMARKS:**

　　The parties agreed that Plaintiff's claim against Dr. Yoo/the United States should be dismissed without prejudice so that the HHS administrative review of Plaintiff's claims may be completed. Depending on the result of the HHS process, Plaintiff may later timely refile her claim against the United States.
　　The Court agreed to retain its supplemental jurisdiction over the state law claim against the non-governmental Defendant and to stay the case pending the HHS determination of Plaintiff's claim. Counsel for all parties agreed with the Court's approach.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Court Reporter: Yeager