# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAWN L. PERRY,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
RAFAEL LOPEZ-MONEGRO,

    Defendants.

: 3:17-CV-1082
: (JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_\_8th\_\_\_ **DAY OF JUNE, 2021**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The United States' Motion for Summary Judgment (Doc. 22) is **GRANTED**.

2. Count I of the Amended Complaint (Doc. 15) is time-barred pursuant to 28 U.S.C. § 2401(b) and **DISMISSED WITH PREJUDICE**.

Robert D. Mariani
United States District Judge